UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN THE MATTER OF ]
THE EXTRADITION OF ] ~~MBD No.~~ /OM - 1013 - JGD
DAVID E. CASTANEDA CASTILLO ]
 ] **FILED UNDER SEAL**

**MOTION TO SEAL**

The United States hereby moves to seal the complaint filed on this date in support of a provisional arrest warrant, and all accompanying documents, including this motion. As grounds for the motion, the government states that, if the defendant was made aware of the request for provisional arrest warrant and was released from custody, he would probably flee.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: _____
Andrew E. Lelling
Assistant U.S. Attorney

Date:   March 8, 2010

*[Handwritten margin note: 3/9/10 Motion to seal allowed. Judith Gail Dein, USMJ]*