AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 10M - 101 3 -JGD |
| David E. Castaneda Castillo | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  David E. Castaneda Castillo

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Request for extradition from the Republic of Peru on charges of murder, kidnapping and forced disappearance in violation of Articles 152, 223 and 320 of the Peruvian Criminal Code, pursuant to 18 U.S.C. Section 3184

Date: 3/9/10

_____
*Issuing officer's signature*

City and state:   Boston, Massachusetts

_____ Dein, Chief Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____          _____<br>*Arresting officer's signature* |
| _____<br>*Printed name and title* |

AO 442  (Rev. 01/09)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:    David E. Castaneda Castillo

Known aliases:

Last known residence:    Suffolk County House of Corrections, 20 Bradston St, Boston, MA (custody of U.S. Immigration & Customs Enforcement)

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:    March 31, 1959

Social Security number:

Height:                                                      Weight:

Sex:    Male                                                Race:

Hair:                                                          Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:    U.S. Immigration & Customs Enforcement
O'Neill Federal Bldg., 10 Causeway Street, Boston, MA  02222

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: