UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF ] | |
| THE EXTRADITION OF ] | No.   10m-1013-JGD |
| DAVID E. CASTANEDA CASTILLO ] | |
| ] | |

## MOTION TO UNSEAL

The United States hereby moves to unseal the complaint filed on this date in support of a provisional arrest warrant, and all accompanying documents. As grounds for the motion, the government states that the defendant is now in the custody of the United States Marshal.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: _____
Andrew E. Lelling
Assistant U.S. Attorney

Date:   March 10, 2010

*Dein, M.J.*
*MOTION ALLOWED*
*By the Court*
*[signature] Thomas F. [illegible]*
*Deputy Clerk 3/10/10*