UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN THE MATTER OF THE EXTRADITION OF
DAVID E. CASTANEDA CASTILLO
                Defendant         CASE NO. 1:10-MJ-1013

### APPOINTMENT OF FEDERAL DEFENDER

    The financial inability of the movant to retain counsel having been established by the Court,

    It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of March 10, 2010, to represent said defendant in this cause until further order of the Court.

                                            SARAH A. THORNTON
                                            CLERK OF COURT

                                            By: _____
                                            Deputy Clerk

DATE: March 15, 2010